**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>KENNETH HENNING<br>MICHELLE LYNETT HENNING<br><br>                         Debtors | Case No. 08-42854<br>Chapter 7 |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS**
**REGISTRY OF THE UNITED STATES BANKRUPTCY COURT**

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That he is the duly qualified and acting Trustee in this case.

2. That he filed a Final Report that was approved by this Court. Final distributions were made.

3. The following check was not negotiated within the 90-day period allowed and should be paid into the unclaimed registry of this Court:

| CHECK NO. | CLAIMANT | CLAIM NO. | AMOUNT |
|---|---|---|---|
| 1004 | Kenneth & Michelle Henning, Debtors | Surplus Funds | $6,371.96 |

4. Pursuant to 11 U.S.C. §347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check has been tendered to the Clerk of the United States Bankruptcy Court in the amount of $6,371.96.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

CHAPTER 7 TRUSTEE