Revised 01/2012

FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

Application (1)

# UNITED STATES BANKUPTCY COURT
## EASTERN DISTRICT OF TEXAS 2022 JUL 29 PM 11: 15

CLERK.U S BANKRUPTCY COURT

IN RE:

BY_____DEPUTY CLERK

| | |
|---|---|
| **Michelle Lynett Henning** | **08-42854** |
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Tautology LLC Asignee to Michelle Lynett Henning Horan

PHONE NUMBER: 817 528-6156 LAST FOUR DIGITS OF SOCIAL SECURITY NO: 1661

MAILING ADDRESS: P.O.Box 92816

CITY: Southlake    STATE: Tx    ZIP: 76092

and that a dividend in the amount of $3,185.98 was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 7/28/2022

Tautology LLC Kathry Jackson

Claimant's Signature

_____
Co-claimant's Signature (if any

State of Texas
County of Tarrant
Subscribed and sworn to before me this 28 day of Jun 2022

Notary Public

My commission expires: 7/15/24

Mail to:  United States Bankruptcy Court
110 N. College Avenue, 8th Floor
Tyler, TX 75702



CRECSHIA GASAWAY
Notary ID #130740563
My Commission Expires
July 15, 2024

Certificate of Service (2)

# CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☒ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 7/28/2022                    _Kaitlyn Jackson/ Tautology LLC_
                                   Claimant's Signature

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No. 08-42854 |
| KENNETH HENNING<br>MICHELLE LYNETT HENNING | Chapter 7 |
| Debtors | |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS
## REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1.    That he is the duly qualified and acting Trustee in this case.

2.    That he filed a Final Report that was approved by this Court. Final distributions were made.

3.    The following check was not negotiated within the 90-day period allowed and should be paid into the unclaimed registry of this Court:

| CHECK<br>No. | CLAIMANT | CLAIM NO. | AMOUNT |
|---|---|---|---|
| 1004 | Kenneth & Michelle Henning, Debtors | Surplus Funds | $6,371.96 |

4.    Pursuant to 11 U.S.C. §347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check has been tendered to the Clerk of the United States Bankruptcy Court in the amount of $6,371.96.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

CHAPTER 7 TRUSTEE

## AFFIDAVIT OF

## PHOTO IDENTIFICATION AUTHENTICITY

I, _Michelle Lynett Henning - Horan  hereby certify that the below proof of

identification is a true and accurate duplicate of the original.



Date: 7-13-2022

Michelle H Horan_____ , owner

Address 7705 Westover Dr.

City Rowlett_____

State. TX          Zip 75089

Phone (972) 740 - 3611

On 7-13-22 before me, Michelle Horan, personally appeared, personally known to me to be the
person whose name is subscribed to be within the instrument and acknowledged to me that she executed the
same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf
of which the person acted, executed the instrument.  WITNESS my hand and official seal

this 13th day of July . 20 22 , in the County of Dallas , State of
Texas .

Signature of Notary Public

Date Commission Expires: _07-19-2024_



CHINTAN PATEL
Notary Public, State of Texas
Comm. Expires 07-19-2024
Notary ID 124993196

**NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA**

## NO. 1-14-1033

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| KENNETH HENNING | § | |
| AND | § | 382 JUDICIAL DISTRICT |
| | § | |
| MICHELLE      LYNETTE | § | |
| MCPHERSON | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| M.P.H. AND L.C.H., CHILDREN | § | ROCKWALL COUNTY, TEXAS |

### FINAL DECREE OF DIVORCE

On March 13, 2015 the Court heard this case.

*Appearances*

Petitioner, Kenneth Henning, appeared in person and through attorney of record, Leonid Murashkovskiy, and announced ready for trial.

Respondent, Michelle Lynette McPherson, waived issuance and service of citation by waiver duly filed and did not otherwise appear.

*Record*

The record of testimony was duly reported by the court reporter for the 382 Judicial District Court.

*Jurisdiction and Domicile*

The Court finds that the pleadings of Petitioner are in due form and contain all the allegations, information, and prerequisites required by law. The Court, after receiving evidence, finds that it has jurisdiction of this case and of all the parties and that at least sixty days have

Tel: (972) 380-5630
Fax: (972) 380-5635

By:

Leonid Murashkovskiy
Attorney for Petitioner
State Bar No. 24075411
Leonid31@gmail.com

APPROVED AND CONSENTED TO AS TO BOTH FORM AND SUBSTANCE:

4-16-15

Petitioner

Michelle Lanette McPherson  4/16/15 MH

Respondent

# ROCKWALL COUNTY

*To Any Person Authorized by the Laws of the State of Texas*
*to Celebrate the Rites of Matrimony in the State of Texas*

## GREETING:

### YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE

# RITES OF MATRIMONY

## BETWEEN   JOHN JOSEPH HORAN JR
## AND   MICHELLE LANETTE HENNING

Make due return to the Rockwall County Clerk of Rockwall
County, Texas within THIRTY days thereafter, certifying your
action under this license.
WITNESS my official signature and seal of office, at office in
Rockwall, Texas, on APRIL 30, 2019 At  9:38AM.

Honorable Shelli Miller
Rockwall County Clerk
Rockwall, Texas

By ___Vanessa Bean___ , Deputy



County of Marriage ___Dallas___

I ___Kurt Hartzog___ hereby certify that on the ___30th___ day

of ___June___ , 20 _19_ , at ___12:45___ _p._ m. I united in Marriage

JOHN JOSEPH HORAN JR and MICHELLE LANETTE HENNING,

WITNESS my hand this ___30th___ day of ___June___ , 20 _19_

Signature ___Kurt R Hartzog___ Title ___Pastor___

Printed Name and Address ___Kurt R Hartzog___
___8401 Princeton Rd  Roule 11  TX 75059___

Returned and filed for record the ___5___ day of ___July___ , 20 _19_ .

Recorded in Rockwall County Marriage Records.   Doc# 20190600000447

Rockwall County Clerk, Texas

By ___Caroline George___ , Deputy

## LIMITED POWER OF ATTORNEY

I Michelle Lynette Henning-Horan, hereby appoint Tautology LLC , a Nevada limited liability company,

And Kathryn Jackson  its Managing Member,("the Company") as my lawful attorney in fact and  Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court For The Eastern District of Texas Sherman Division (the "Assets"), giving and granting unto the Company, my said attorney in fact and  Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets  as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this        day of July 13 , 20 22, and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

Signed this ____13____ day of __July__ . 20 22 .

_Michelle Henning Horan_

client

SUBSCRIBED AND SWORN TO BEFORE ME this 13th day of __July__ , 20 22 .

County of __Dallas__
State of __Texas__

_Chintan Patel_

Notary Public

Date of Commission Expires:

__07-19-2024__

CHINTAN PATEL
Notary Public, State of Texas
Comm. Expires 07-19-2024
Notary ID 124993186

## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

**THIS AGREEMENT** entered into this *7th* day of *July* 2022 by and between Kathryn Jackson managing member of Tautology LLC , (hereinafter referred to as "Assignee) whose current address is

P.O.Box 92816 Southlake,Tx. 76092 and Michelle Lynett Henning-Horan  hereinafter referred to (individually and/or together) as "Assignor". CLIENT and whos current address is 7705 Westover Dr. Rowlett,Tx. 75089

**WHEREAS** there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds ("Unclaimed funds"). remain due to a non-exemption, or a creditor claim.  The Assignor believes she has a right to the Unclaimed funds.

**WHEREAS,** Assignor agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

**THEREFORE,** Assignor and Assignee do hereby covenant, promise, and agree as follows:

*Conveyance.*  Assignor does hereby convey, transfer and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISON

MICHELLE LYNETT HENNING

Chapter 7

Case number: 08-42854

*Rights Given.*  By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignor's name.

*Collection of Unclaimed funds.*  Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

*Fees.*

Fees of $1,000.00 of the unclaimed fund balance recovered.

*Confidentiality and Exclusivity.* Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignor also agrees that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

*Representation of Assignor.* The assignor represents and states that: a) the case was filed  b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignor is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignor will cooperate fully with Assignee and its agents in their efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owe nothing.

*Representation of Assignee.* Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

**THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT.  DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT**

Client's Name Michelle Lynett Henning-Horan        Last 4 of SS  5246

Signature

**Tautology LLC**

By: Kathryn Jackson /CEO

Cell:  817 528-6156

Email: tautologyllc@gmail.com



## SECRETARY OF STATE



STATE OF NEVADA

# NEVADA STATE BUSINESS LICENSE

**Tautology LLC**

### Nevada Business Identification # NV20212147851
### Expiration Date: 06/30/2023

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes. License is not transferable and is not in lieu of any local business license, permit or registration.

**License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which, by law, cannot be waived.**



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on 05/10/2022.

*Barbara K. Cegavske*

Certificate Number: B202205102655734
You may verify this certificate
online at http://www.nvsos.gov

BARBARA K. CEGAVSKE
Secretary of State

# STATE OF NEVADA

**BARBARA K. CEGAVSKE**
*Secretary of State*



**KIMBERLEY PERONDI**
*Deputy Secretary for*
*Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*
*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

**OFFICE OF THE**
**SECRETARY OF STATE**

## Business Entity - Filing Acknowledgement

06/25/2021

| | |
|---|---|
| **Work Order Item Number:** | W2021062501352 - 1418103 |
| **Filing Number:** | 20211560640 |
| **Filing Type:** | Initial List |
| **Filing Date/Time:** | 06/25/2021 14:19:43 PM |
| **Filing Page(s):** | 2 |

**Indexed Entity Information:**

**Entity ID:** E15606392021-6          **Entity Name:** Tautology LLC

**Entity Status:** Active          **Expiration Date:** None

Commercial Registered Agent
Northwest Registered Agent, LLC.
401 Ryland Street Suite 200-A, Reno, NV 89502, USA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recording Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

BARBARA K. CEGAVSKE
Secretary of State



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
        www.nvsilverflume.gov

## Annual or Amended List and State Business License Application

☑ **ANNUAL**    ☐ **AMENDED** (check one)

**List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

**Tautology LLC**
NAME OF ENTITY

**NV20212147851**
Entity or Nevada Business
Identification Number (NVID)

## TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT

**IMPORTANT:** Read instructions before completing and returning this form.

Please indicate the entity type (check only one):

☐ Corporation
   ☐ This corporation is publicly traded, the Central Index Key number is:

☐ Nonprofit Corporation (see nonprofit sections below)

☑ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

| Filed in the Office of | Business Number E15606392021-6 |
| --- | --- |
| *Barbara K. Cegavske* | Filing Number 20222312573 |
| Secretary of State State Of Nevada | Filed On 05/10/2022 14:59:36 PM |
| | Number of Pages 2 |

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

**CHECK ONLY IF APPLICABLE**
Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.
☐ 001 - Governmental Entity
☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number

**For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below.
☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee. Exemption Code 002

**For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license.
☐ Unit-owners' Association   ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c)

**For nonprofit entities formed under NRS Chapter 82 and 80: Charitable Solicitation Information - check applicable box**
Does the Organization intend to solicit charitable or tax deductible contributions?
☐ No - no additional form is required
☐ Yes - the "Charitable Solicitation Registration Statement" is required.
☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required

**\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\***



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
         www.nvsilverflume.gov

## Annual or Amended List and State Business License Application - Continued

---

### Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

CORPORATION, INDICATE THE <u>MANAGER</u>:

| Kathryn Jackson | | USA |
|---|---|---|
| Name | | Country |
| 6433 Sudbury Way | North Richland Hills | TX | 76182 |
| Address | City | State | Zip/Postal Code |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X   Morgan Noble**

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** *FORM WILL BE RETURNED IF UNSIGNED*

| Authorized Signer | 05/10/2022 |
|---|---|
| Title | Date |

# AFFIDAVIT OF

## PHOTO IDENTIFICATION AUTHENTICITY

I, _Kathy Jackson, Owner of Tautology LLC, hereby certify that the below proof of identification is a true and accurate duplicate of the original.

Date: 7/28/2022

_Kathy Jackson_ , owner

Kathy Jackson Owner Of Tautology, LLC

Mailing Address

P.O.Box 92816

Southlake, Tx 76092

Note:   Address on Id is Residence

On _July 28th 2022_ before me, _Kathryn D. Jackson_ personally appeared, personally known to me to be the person whose name is subscribed to be within the instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.  WITNESS my hand and official seal

this _28th_ day of _July_.

20 _22_, in the County of _TARRANT_, State of _Texas_.

Signature of Notary Public

Date Commission Expires: 7/15/2024



CRECSHIA GASAWAY
Notary ID #130740563
My Commission Expires
July 15, 2024

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  06-29-2021

Employer Identification Number:
87-1441661

Form:  SS-4

Number of this notice:  CP 575 G

TAUTOLOGY LLC
KATHRYN JACKSON SOLE MBR
PO BOX 92816
SOUTHLAKE, TX  76182

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 87-1441661. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

*   Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

*   Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is TAUT. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.