Revised 01/2012

# UNITED STATES BANRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:

| Michelle Lynette Henning | 08-42854 |
|---|---|
| Debtor | Bankruptcy Case Number |

## ORDER GRANTING APPLICATION FOR PAYMENT
## OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:
NAME OF CLAIMANT: Tautology LLC
MAILING ADDRESS: P.O. Box 92816

CITY: Southlake        STATE: Tx        ZIP: 76092

("Claimant") for payment of a dividend from unclaimed funds in the amount of  $3,185.98

and, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

Signed on 8/18/2022

*Brenda T. Rhoades*   MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 08-42854-btr

Kenneth Henning  Chapter 7

Michelle Lynett Henning

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 2

Date Rcvd: Aug 18, 2022      Form ID: pdf400      Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Henning, Michelle Lynett Henning, 10409 Huffines Dr., Rowlett, TX 75089-8570 |
| intp | | Ronald W. Cheney, R. William Cheney Randol Mill Rd. Suite, Arlington, TX 76012 |
| intp | + | Tautology LLC, P.O. Box 92816, Southlake, TX 76092-0816 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Domingo A. Garcia |
| cr | | IndyMac Federal Bank FSB |
| cr | | Nissan Motor Acceptance Corporation |
| cr | | Paul D. Rich |
| cr | | The Law Office of Domingo Garcia, P.C. |
| cr | ##+ | Allen Landerman, P. C., 16801 Addison Rd., Suite 125, Addison, Tx 75001, UNITED STATES 75001-5750 |
| acc | ##+ | Terry G. Mulloy, 530 East Corporate Drive, Suite 100, Lewisville, TX 75057-6457 |

TOTAL: 5 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 18, 2022 | Form ID: pdf400 | Total Noticed: 3 |

**below:**

| Name | Email Address |
|---|---|
| Abbey Ulsh | on behalf of Creditor IndyMac Federal Bank FSB edecf@BDFGROUP.com  marshak@bdfgroup.com |
| Allen Landerman | on behalf of Creditor Allen Landerman  P. C. allen@alpclaw.com, g12157@notify.cincompass.com |
| David L. Campbell | on behalf of Creditor Domingo A. Garcia dcampbell@uplawtx.com  scrawford@uplawtx.com |
| David L. Campbell | on behalf of Creditor The Law Office of Domingo Garcia  P.C. dcampbell@uplawtx.com, scrawford@uplawtx.com |
| David L. Campbell | on behalf of Creditor Paul D. Rich dcampbell@uplawtx.com  scrawford@uplawtx.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Larry A. Levick | on behalf of Trustee Mark A. Weisbart levick@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com |
| Mark A. Weisbart | on behalf of Trustee Mark A. Weisbart mweisbart@haywardfirm.com  tsimmons@haywardfirm.com |
| Mark A. Weisbart | mweisbart@haywardfirm.com  tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |
| Mary A. Daffin | on behalf of Creditor IndyMac Federal Bank FSB edecf@BDFGROUP.com |
| R. Christopher Naylor | on behalf of Creditor Nissan Motor Acceptance Corporation kimg@dntlaw.com |
| Randy Ford Taub | on behalf of Debtor Kenneth Henning rftaublegal@gmail.com  rftaub@oghcommercial.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |

TOTAL: 13